**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the benefit of PACE CONSTRUCTION INC., | : : : : | CIVIL ACTION NO. 11-2518 (MLC) **OPINION & ORDER** |
| Plaintiff, | : : | |
| v. | : : | |
| UNIVERSAL CONSTRUCTION COMPANY, INC., et al., | : : : | |
| Defendants. | : : | |

**DEFAULT** has been entered against the defendant Universal Construction Company, Inc. ("UCCI"). (See 6-2-11 unnumbered dkt. entry.)  See Fed.R.Civ.P. 55(a).

**THE PLAINTIFF** now moves for entry of judgment by default against UCCI.  (See dkt. entry no. 16, Notice of Mot.)  See Fed.R.Civ.P. 55(b).  But it is apparent that the plaintiff intends to continue to prosecute the action against the other defendants. Thus, a complete judgment entered against UCCI would not end the litigation, thereby giving rise to (1) piecemeal litigation, and (2) the possibility of a double recovery for the plaintiff.

**THE DECISION** to either enter judgment by default or refuse to enter such judgment rests in the Court's discretion.  See Emcasco Ins. Co. v. Sambrick, 834 F.2d 71, 74 (3d Cir. 1987). The Court intends to grant the part of the motion seeking entry

of judgment by default only on the issue of liability against UCCI, and deny the part of the motion seeking entry of judgment by default on the issue of damages.  The plaintiff may seek judgment on the issue of damages against UCCI when the liability of each of the other defendants has been ascertained.

    **FOR GOOD CAUSE APPEARING:**

**IT IS THEREFORE** on this     7th     day of November, 2011, **ORDERED** that the plaintiff's motion for entry of judgment by default against the defendant Universal Construction Company, Inc. (dkt. entry no. 16) is **GRANTED IN PART AND DENIED IN PART AS FOLLOWS**:

**GRANTED TO THE EXTENT** that it seeks entry of judgment by default on the issue of liability against the defendant Universal Construction Company, Inc., and

**DENIED WITHOUT PREJUDICE TO THE EXTENT** that it seeks entry of judgment by default on the issue of damages against the defendant Universal Construction Company, Inc.; and

**IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** on default against the defendant Universal Construction Company, Inc., and in favor of the plaintiff on the issue of liability.

           s/ Mary L. Cooper           
**MARY L. COOPER**
United States District Judge